**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

APR 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ARACELI RODRIGUEZ, individually and as the surviving mother and personal representative of J.A.,

Plaintiff-Appellee,

v.

LONNIE SWARTZ, Agent of U.S. Border Patrol,

Defendant-Appellant.

No.  15-16410

D.C. No. 4:14-cv-02251-RCC

ORDER[*]

On Remand from the United States Supreme Court

Before:  KLEINFELD and M. SMITH, Circuit Judges, and KORMAN,[**] District Judge.

On March 2, 2020, the U.S. Supreme Court granted Appellant's petition for certiorari, vacated our opinion filed August 7, 2018, and remanded for further consideration in light of *Hernandez v. Mesa*, 589 U.S. ___ (2020).  We hereby **VACATE** the district court's decision and **REMAND** for further proceedings

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.

consistent with *Hernandez*.

**IT IS SO ORDERED.**